THE LEMOINE COMPANY, L.L.C., METRO SERVICE MANAGEMENT GROUP, LLC, AND THE MCDONNEL GROUP, LLC

VERSUS

THE ERNEST N. MORIAL EXHIBITION HALL AUTHORITY, JERRY REYES, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE ERNEST N. MORIAL NEW ORLEANS EXHIBITION HALL AUTHORITY AND NEW ORLEANS PUBLIC FACILITY MANAGEMENT, INC.

\* NO. 2022-CA-0217

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\* \* \* \* \* \* \* \*

TG **CHASE, J., CONCURS IN THE RESULT**